

One Logan Square
27th Floor
Philadelphia, PA  19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
PLYMOUTH MEETING, PA

**John S. Summers**
Direct Dial: 215.496.7007
E-mail: jsummers@hangley.com

March 11, 2022

*Via Electronic Mail*
*Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov*

The Honorable Chad F. Kenney
6614 U.S. Courthouse
Courtroom 6-A
601 Market Street
Philadelphia, PA  19106

Re:  *Armstrong Teasdale, LLP v. Matt Martorello, et al. Civ 2:21-3631 (E.D. Pa)*

Dear Judge Kenney:

I write on behalf of Armstrong Teasdale and Mr. Scheff to advise the Court that the parties have settled this matter.

The Settlement Agreement requires, among other things, that Defendants file a Consent Judgment not later than March 16 and make payment to Armstrong Teasdale on or before March 31.  Armstrong Teasdale, in turn, is required to file a Stipulation of Dismissal within three business days of receiving payment.

We are enormously appreciative of the efforts of Justice Jane C. Greenspan (Ret.), who has been a tremendous mediator.  She has been remarkable, playing a vital role in accomplishing the amicable resolution of this matter.  Her determination, coupled with that of the parties and their counsel since the February 9 mediation was invaluable.  We also very much thank the Court for its remarkable attentiveness as the issues in this case unfolded.

Respectfully and gratefully,

John S. Summers

The Honorable Chad F. Kenney
March 11, 2022
Page 2

cc: Joseph Brophy, Esquire – via electronic mail (*Joe@bdlawpllc.com*)
Marianne Barth, Esquire – via electronic mail (*marianne@bdlawpllc.com*)
George Bochetto, Esquire – via electronic mail (*gbochetto@bochettoandlentz.com*)
Jeffrey W. Ogren, Esquire – via electronic mail (*jogren@bochettoandlentz.com*)
Justice Jane C. Greenspan – *via electronic mail (jgreenspan@jamsadr.com)*