## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG TEASDALE LLP, | Case No.: 2:21-cv-03631-CFK |
| *Plaintiff/ Counterclaim-Defendant,* | |
| v. | |
| MATT MARTORELLO, REBECCA MARTORELLO, JUSTIN MARTORELLO, GALLANT CAPITAL LLC, LIONT LLC, and EVENTIDE CREDIT ACQUISITIONS LLC | |
| *Defendants/ Counterclaim Plaintiffs,* | |
| v. | |
| RICHARD L. SCHEFF, | |
| *Third-Party Defendant.* | |

## CONSENT JUDGMENT

AND NOW, this 15th day of March, 2022, it appearing that the parties, Plaintiff and Counterclaim-Defendant Armstrong Teasdale LLP ("Armstrong Teasdale"); Third-Party Defendant Richard L. Scheff; and Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs Matt Martorello; Rebecca Martorello; Justin Martorello; Gallant Capital LLC; Liont LLC; and Eventide Credit Acquisitions LLC (collectively, "Defendants"), consent to the form and entry of this Consent Judgment, and for good cause shown:

- 2 -

(1) JUDGMENT is hereby ENTERED in favor of Armstrong Teasdale and Mr. Scheff and against Defendants on Defendants' Amended Counterclaims and Amended Third-Party Complaint (ECF 60), respectively, as well as any other alleged counterclaim or third-party claim;

(2) It is further ORDERED that Defendants' Amended Counterclaims and Third-Party Complaint (ECF 60), as well as any other alleged counterclaim or third-party claim, are DISMISSED with prejudice; and

(3) The parties shall bear their own fees and costs regarding same.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE

Dated: March 15th, 2022

| | |
|---|---|
| By: /s/ Joseph Brophy<br>BROPHY & DEVANEY, PLLC<br>Joseph Brophy<br>Marianne Barth<br>317 Grace Lane, Suite 210<br>Austin, TX 78746<br>512-910-7776<br>joe@bdlawpllc.com<br>marianne@bdlawpllc.com<br><br>BOCHETTO & LENTZ PC<br>George Bochetto<br>Jeffrey W. Ogren<br>1524 Locust Street<br>Philadelphia, PA 19102<br>215-735-3900<br>gbochetto@bochettoandlentz.com<br>jogren@bochettoandlentz.com<br><br>*Counsel for Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs*<br><br>Dated:  March 14, 2022 | By:     /s/ John S. Summers<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>John S. Summers (#41854)<br>jsummers@hangley.com<br>Andrew M. Erdlen (#320260)<br>aerdlen@hangley.com<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>(215) 568-6200<br><br>*Counsel for Plaintiff and Counterclaim-Defendant Armstrong Teasdale LLP and Third-Party Defendant Richard L. Scheff*<br><br><br><br>Dated:  March 14, 2022 |